NEW JERSEY MORTGAGE AND INVESTMENT CO., PLAIN-
TIFF-PETITIONER, v. JOHN W. DORSEY, *ET AL.*, DE-
FENDANTS-RESPONDENTS.

*Mr. William Furst* for the petitioner.

*Mr. Abraham Miller* and *Mr. Michael H. Hochman* for
the respondents.

June 2, 1960.   Granted.

FRANCES M. FORKER, PLAINTIFF-RESPONDENT, v. FELIX
POMPONIO, DEFENDANT-PETITIONER, FREDERICK
RICE, DEFENDANT-RESPONDENT.

*Mr. Frank M. Lario* for the petitioner.

*Mr. H. Hurlburt Tomlin* for the defendant-respondent.

June 2, 1960.   Denied.